# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **FEENIX PAYMENT SYSTEMS, LLC,** *et al.* | : CIVIL ACTION |
| v. | : NO. 20-1519-MAK |
| **STEEL CAPITAL MANAGEMENT, LLC,** *et al.* | : |

# ORDER

**AND NOW**, this 28th day of May 2021, upon considering Defendants' Motion to unseal the Complaint (ECF Doc. No. 14), Plaintiffs' Response (ECF Doc. No. 34), Defendants' Reply (ECF Doc. No. 40), Memoranda (ECF Doc. Nos. 67, 68, 69) responsive to our May 11, 2021 Order (ECF Doc. No. 66), our in camera review of the unredacted Complaint, and consistent with Plaintiffs' concession as to certain paragraphs previously redacted which relate to high level overview of business processes, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1.  Defendants' Motion to unseal (ECF Doc. No. 14) is **GRANTED in part** and **DENIED in part** requiring Plaintiffs file an amended Complaint no later than **June 2, 2021** either including or eliminating the presently redacted material with the exception of redacting in Paragraphs 40 and 49 in the second line from "the structuring…" to "returns" in the last line before the last sentence;

2.  Defendants shall file a response within fourteen days of Plaintiffs filing the amended Complaint;

3.  We shall schedule an evidentiary hearing on the continued preclusion of public access to the matters referenced in Paragraphs 40 and 49 during our June 11, 2021 status and trial scheduling conference; and,

4. The parties shall forthwith confer in good faith to review the several filings under seal relating to this issue (ECF Doc. Nos. 15, 34, 35, 40, 41, 42, 68, 69) and attempt to reach agreement on lifting the seal consistent with this Order. Absent a stipulation filed by **June 4, 2021,** Plaintiff shall show cause in a memorandum not exceeding fifteen pages filed no later than **June 9, 2021** as to why we should not lift the seal on these identified sealed documents consistent with this Order and mindful we continue to review the parties' sealing of briefing on the Defendants' Motion for Judgment on the Pleadings.

_____
**KEARNEY, J.**