# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

FEENIX PAYMENT SYSTEMS, LLC
and FEENIX VENTURE PARTNERS, LLC,

    Plaintiffs,

v.

STEEL CAPITAL MANAGEMENT, LLC,
STEEL PAYMENTS, LLC, MICHAEL
HOFFMAN, and MARC SEHGAL,

    Defendants.

No. 2020-cv-1519-MAK

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that 1) a subpoena to testify at a deposition and produce documents with a schedule of topics, attached as Exhibit 1, will be served upon PAAMCO Prisma, LLC, and 2) a subpoena to testify at a deposition and produce documents with a schedule of topics, attached as Exhibit 2, will be served upon Hill Country Hospitality LLC.

28389058.1

Of Counsel:

Ryan M. Philp
HOGAN LOVELLS (US) LLP
390 Madison Ave.
New York, NY 10017
(212)-913-3800
ryan.philp@hoganlovells.com

Samuel W. Yergin
HOGAN LOVELLS (US) LLP
8350 Broad St., 17th Floor
Tysons, VA 22102
Boston, MA 02199
(703) 610-6100
samuel.yergin@hoganlovells.com


Dated:  August 6, 2021

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Ryan P. Newell*
Ryan P. Newell (#4744)
Peter J. Artese (#6531)
1000 North King Street
Wilmington, DE 19801
(302) 571-6715
rnewell@ycst.com
partese@ycst.com

*Attorneys for Defendants Steel Capital*
*Management, LLC, Steel Payments, LLC,*
*Michael Hoffman, and Marc Sehgal*