IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FEENIX PAYMENT SYSTEMS, LLC, *et al* | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 20-1519 |
| | : | |
| STEEL CAPITAL MANAGEMENT, LLC, *et al* | : | |

## ORDER

AND NOW, this 31st day of August 2021, upon our careful and independent review of Special Master Judge Robinson's August 30, 2021 Report and Recommendation (ECF Doc. No. 153) without objections, and finding the Recommendation soundly grounded in the scope of discovery into the creation and formation of Steel Capital, it is **ORDERED**:

1. Special Master Judge Robinson's August 30, 2021 Report and Recommendation (ECF Doc. No. 153) is **APPROVED**; and,

2. Defendants shall, on or before **September 2, 2021**, produce all nonprivileged documents relating to the creation and formation of Steel Capital, including internal communications regardless of whether the documents relate to trade secrets or specifically reference Feenix.

_____
**KEARNEY, J.**